# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK ADAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-01237-NONE-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 15) |

On May 19, 2020, a stipulation was filed to extend the time for Defendant to file an opposition brief in this action. (ECF No. 15.) The Court finds good cause to grant the requested extension of time.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's opposition shall be filed on or before June 29, 2020; and
2. Plaintiff's reply, if any, shall be filed on or before July 14, 2020.

IT IS SO ORDERED.

Dated:　**May 19, 2020**　　　　　　　　　　　　　　　　　　　　　　　　　　　　

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1