UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK ADAMS,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 1:19-cv-01237-NONE-SAB<br><br><u>ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND ENTRY OF JUDGMENT</u><br><br>(Doc. No. 17) |

Plaintiff Nick Adams filed this action challenging the final decision of the Commissioner of Social Security (Commissioner) denying his application for Social Security Benefits. (Doc. No. 1.) On June 26, 2020, the parties filed a stipulation for voluntary remand of this action for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 17.) Pursuant to the parties' stipulation to remand, IT IS HEREBY ORDERED that:

1. The final decision of the Commissioner is REVERSED, and this action is REMANDED to the Commissioner for further proceedings consistent with the terms of the stipulation;
2. All pending dates and matters are VACATED;
3. The Clerk of Court is directed to enter judgment in favor of Plaintiff Nick Adams and against the Commissioner; and

    4.    The Clerk of Court is DIRECTED to assign this matter to a district judge for the purposes of closing this action and then to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated: **June 26, 2020**

/s/ Dale A. Drozd

UNITED STATES DISTRICT JUDGE