UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK ADAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No.  1:19-cv-01237-DAD-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)<br><br>(Doc. No. 20) |

　　　　Plaintiff Nick Adams filed this action seeking judicial review of a final decision of the Commissioner of Social Security denying his application for disability benefits pursuant to the Social Security Act.  On June 29, 2020, pursuant to the stipulation of the parties, this action was remanded for further administrative proceedings and judgment was entered on behalf of plaintiff Nick Adams.  (Doc. No. 18.)  On July 29, 2020, the parties filed a stipulation for the award of attorney fees.

/////

/////

/////

/////

/////

/////

1

Accordingly, pursuant to the stipulation of the parties, plaintiff is awarded attorney fees in the amount of EIGHT THOUSAND NINE HUNDRED and FIFTY-NINE dollars and THIRTY-FIVE cents ($8,959.35) subject to the terms of the parties' stipulation.

IT IS SO ORDERED.

Dated: **August 4, 2020**  /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE